# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOHN CHEN, on behalf of himself and all others similarly situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 CV 5494 ( JGK )( )

-against-

**NOTICE OF APPEAL**

MAJOR LEAGUE BASEBALL PROPERTIES, INC. and THE OFFICE OF THE COMMISSIONER OF BASEBALL d/b/a MAJOR LEAGUE BASEBALL,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiff-Appellant John Chen, on behalf of himself and all others similarly situated.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ■ judgment ☐ order entered on: March 26, 2014

(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 23, 2014
Dated

_____
Signature*

Swartz, Justin M.
Name (Last, First, MI)

Outten & Golden LLP, 3 Park Ave., 29th Floor, New York, NY 10016
Address        City        State        Zip Code

(212) 245-1000        JMS@outtengolden.com
Telephone Number        E-mail Address (if available)

___

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:13–cv–05494–JGK

| | |
|---|---|
| Chen v. Major League Baseball Properties, Inc., et al<br>Assigned to: Judge John G. Koeltl<br>Cause: 29:201 Fair Labor Standards Act | Date Filed: 08/07/2013<br>Date Terminated: 03/31/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 710 Labor: Fair Standards<br>Jurisdiction: Federal Question |

**Plaintiff**

**John Chen**
*on behalf of himself and all others similarly situated*

represented by **Juno Emmeline Turner**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245–1000
Fax: (212) 977–4005
Email: jturner@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Justin Mitchell Swartz**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245–1000
Fax: (212) 977–4005
Email: jms@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Michael Noah Litrownik**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212)–245–1000
Fax: (646)–509–2091
Email: mlitrownik@outtengolden.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Major League Baseball**
*TERMINATED: 10/02/2013*

represented by **Elise Michelle Bloom**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)969–3000 x3410
Fax: (212)969–2900
Email: ebloom@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Samson Fox**
Proskauer Rose, LLP
11 Times Square
New York, NY 10036
(212) 969–3507
Fax: 212 969–2000
Email: jfox@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **Seth Diamant Kaufman**<br>Proskauer Rose LLP (NY)<br>11 Times Square<br>New York, NY 10036<br>(212) 969–3345<br>Email: skaufman@proskauer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark W. Batten**<br>Proskauer Rose LLP (Boston)<br>One International Place<br>Boston, MA 02110<br>(617) 526–9600<br>Fax: (617) 526–9899<br>Email: mbatten@proskauer.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  |  |
| **Major League Baseball Properties, Inc.** | represented by | **Elise Michelle Bloom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua Samson Fox**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Seth Diamant Kaufman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark W. Batten**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **The Office of the Commissioner of Baseball**<br>*doing business as*<br>Major League Baseball | represented by | **Elise Michelle Bloom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua Samson Fox**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Seth Diamant Kaufman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark W. Batten**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | represented by |  |

| | |
|---|---|
| **Major League Baseball Enterprises, Inc.**<br>*TERMINATED: 10/02/2013* | **Elise Michelle Bloom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua Samson Fox**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Seth Diamant Kaufman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark W. Batten**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2013 | 1 | COMPLAINT against Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Filing Fee $ 350.00, Receipt Number 1073827)Document filed by John Chen.(laq) (Entered: 08/08/2013) |
| 08/07/2013 | | SUMMONS ISSUED as to Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (laq) (Entered: 08/08/2013) |
| 08/07/2013 | | Magistrate Judge Debra C. Freeman is so designated. (laq) (Entered: 08/08/2013) |
| 08/07/2013 | | Case Designated ECF. (laq) (Entered: 08/08/2013) |
| 08/15/2013 | 2 | MOTION to Certify Class *Notice of Motion for Court−Authorized Notice*. Document filed by John Chen.(Swartz, Justin) (Entered: 08/15/2013) |
| 08/15/2013 | 3 | MEMORANDUM OF LAW in Support re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice*.. Document filed by John Chen. (Swartz, Justin) (Entered: 08/15/2013) |
| 08/15/2013 | 4 | DECLARATION of Justin M. Swartz in Support re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice*.. Document filed by John Chen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Swartz, Justin) (Entered: 08/15/2013) |
| 08/15/2013 | 5 | DECLARATION of John Chen in Support re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice*.. Document filed by John Chen. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Swartz, Justin) (Entered: 08/15/2013) |
| 08/23/2013 | 6 | NOTICE OF COURT CONFERENCE: You are directed to appear for a pretrial conference, to be held on Monday, October 7, 2013, in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl. All requests for adjournments must be made in writing to the Court. For any further information, please contact the Court at (212) 805−0107. Pretrial Conference set for 10/7/2013 at 04:30 PM in Courtroom 12B, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. Don Fletcher, Courtroom Case Manager, Dated: August 23, 2013. (djc) Modified on 8/23/2013 (djc). (Entered: 08/23/2013) |
| 08/28/2013 | 7 | NOTICE OF APPEARANCE by Elise Michelle Bloom on behalf of Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Bloom, Elise) (Entered: 08/28/2013) |

| | | |
|---|---|---|
| 08/28/2013 | 8 | NOTICE OF APPEARANCE by Joshua Samson Fox on behalf of Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Fox, Joshua) (Entered: 08/28/2013) |
| 09/04/2013 | 9 | MOTION for Mark W. Batten to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8840718. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Batten, Mark) (Entered: 09/04/2013) |
| 09/05/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Mark W. Batten to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8840718. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/05/2013) |
| 09/09/2013 | 10 | ORDER FOR ADMISSION PRO HAC VICE granting 9 Motion for Mark W. Batten to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 9/7/2013) (tro) (Entered: 09/09/2013) |
| 09/17/2013 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Major League Baseball Enterprises, Inc for Major League Baseball Properties, Inc.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 09/17/2013) |
| 09/19/2013 | 12 | STIPULATION EXTENDING TIME: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the Court's approval, that Defendants will have until October 31, 2013, or another date set by the Court, to file its opposition to Plaintiff's Motion for Court−Authorized Notice, which was filed on August 15, 2013. (Signed by Judge John G. Koeltl on 9/18/2013) (djc) (Entered: 09/19/2013) |
| 09/19/2013 | | Set/Reset Deadlines: Responses due by 10/31/2013 (djc) (Entered: 09/23/2013) |
| 09/30/2013 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. Major League Baseball Properties, Inc. waiver sent on 9/3/2013, answer due 11/4/2013. Document filed by John Chen. (Swartz, Justin) (Entered: 09/30/2013) |
| 09/30/2013 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. Major League Baseball Enterprises, Inc. waiver sent on 9/3/2013, answer due 11/4/2013. Document filed by John Chen. (Swartz, Justin) (Entered: 09/30/2013) |
| 09/30/2013 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. Major League Baseball waiver sent on 9/3/2013, answer due 11/4/2013. Document filed by John Chen. (Swartz, Justin) (Entered: 09/30/2013) |
| 09/30/2013 | 16 | WAIVER OF SERVICE RETURNED EXECUTED. The Office of the Commissioner of Baseball waiver sent on 9/3/2013, answer due 11/4/2013. Document filed by John Chen. (Swartz, Justin) (Entered: 09/30/2013) |
| 10/01/2013 | 17 | NOTICE OF APPEARANCE by Seth Diamant Kaufman on behalf of Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Kaufman, Seth) (Entered: 10/01/2013) |
| 10/01/2013 | 18 | LETTER MOTION for Conference *to request a pre−motion conference in anticipation of filing a motion to dismiss pursuant to FRCP 12(b)(6)* addressed to Judge John G. Koeltl from Elise M. Bloom dated 10/1/2013. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 10/01/2013) |
| 10/02/2013 | 19 | STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS AND REVISION OF CAPTION: IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendants, as follows: (1) all claims presented in the Complaint in the above−entitled action |

| | | shall be dismissed without prejudice and without costs as to Defendants Major League Baseball and Major League Baseball Enterprises, Inc. (the "Dismissed Defendants"); (2) this stipulation shall not bar Plaintiff from moving to amend the Complaint to add the Dismissed Defendants as parties should Plaintiff choose to do so during or after discovery; Defendants, including the Dismissed Defendants, retain all rights to oppose said motion except for on the grounds set forth in paragraph (4) below;(3) if Plaintiff does elect to add the Dismissed Defendants as parties, (a) the statutes of limitations for all claims against the Dismissed Defendants shall be tolled as of the filing of the original complaint in this matter to the same extent that the original complaint tolled them; (4) this amendment shall not constitute Plaintiff s one amendment as of right pursuant to Fed. R. Civ. P. 15(a)(l); (5) the caption of the above matter will be revised so that Dismissed Defendants are deleted and Major League Baseball Properties, Inc. and The Office of the Commissioner of Baseball d/b/a Major League Baseball are listed as the only defendants. (Signed by Judge John G. Koeltl on 10/2/2013) (djc) Modified on 10/2/2013 (djc). (Entered: 10/02/2013) |
|---|---|---|
| 10/04/2013 | 20 | LETTER RESPONSE to Motion addressed to Judge John G. Koeltl from Justin M. Swartz dated October 4, 2013 re: 18 LETTER MOTION for Conference *to request a pre−motion conference in anticipation of filing a motion to dismiss pursuant to FRCP 12(b)(6)* addressed to Judge John G. Koeltl from Elise M. Bloom dated 10/1/2013. LETTER MOTION for Conference *to request a pre−motion conference in anticipation of filing a motion to dismiss pursuant to FRCP 12(b)(6)* addressed to Judge John G. Koeltl from Elise M. Bloom dated 10/1/2013.. Document filed by John Chen. (Swartz, Justin) (Entered: 10/04/2013) |
| 10/07/2013 | | Minute Entry for proceedings held before Judge John G. Koeltl: Interim Pretrial Conference held on 10/7/2013. (sc) (Entered: 11/04/2013) |
| 10/16/2013 | 21 | LETTER addressed to Judge John G. Koeltl from Elise M. Bloom dated October 15, 2013 re: Scheduling. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 10/16/2013) |
| 10/17/2013 | 22 | MEMO ENDORSEMENT on re: 21 Letter, filed by Major League Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc. The Office of the Commissioner of Baseball. APPLICATION GRANTED. ( Motions due by 11/4/2013. Responses due by 11/25/2013, Replies due by 12/16/2013.) (Signed by Judge John G. Koeltl on 10/17/2013) (djc) (Entered: 10/17/2013) |
| 11/04/2013 | 23 | MOTION to Dismiss. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 11/04/2013) |
| 11/04/2013 | 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Dismiss.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Bloom, Elise) (Entered: 11/04/2013) |
| 11/04/2013 | 25 | DECLARATION of Elise M. Bloom Esq. in Support re: 23 MOTION to Dismiss.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bloom, Elise) (Entered: 11/04/2013) |
| 11/21/2013 | 26 | MEMORANDUM OF LAW in Opposition re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice. Defendants' Opposition to Plaintiff's otion for Court Authorized Notice*. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bloom, Elise) (Entered: 11/21/2013) |
| 11/21/2013 | 27 | DECLARATION of Marla Miller in Opposition re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice.*. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Attachments: # 1 Exhibit A)(Bloom, Elise) (Entered: 11/21/2013) |

| | | |
|---|---|---|
| 11/25/2013 | 28 | LETTER addressed to Judge John G. Koeltl from Justin M. Swartz dated 11/25/2013 re: Plaintiff's Request That the Court Deny Defendant's Motion to Dismiss as Moot in Light of Plaintiff's First Amended Complaint. Document filed by John Chen.(Swartz, Justin) (Entered: 11/25/2013) |
| 11/25/2013 | 29 | FIRST AMENDED COMPLAINT amending 1 Complaint against Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball with JURY DEMAND.Document filed by John Chen. Related document: 1 Complaint filed by John Chen.(ja) (Entered: 11/26/2013) |
| 11/27/2013 | 30 | NOTICE OF COURT CONFERENCE: You are directed to appear for a pretrial conference, to be held on Friday, December 13,2013 in Courtroom 12B, at 2:30 pm in front of the Honorable John G. Koeltl Pretrial Conference set for 12/13/2013 at 02:30 PM in Courtroom 12B, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (js) (Entered: 12/02/2013) |
| 12/03/2013 | 31 | LETTER addressed to Judge John G. Koeltl from Elise M. Bloom dated 12/3/2013 re: Plaintiff's Request That the Court Deny Defendant's Motion to Dismiss as Moot in Light of Plaintiff's First Amended Complaint. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 12/03/2013) |
| 12/04/2013 | 32 | MEMO ENDORSEMENT on re: 31 Letter, filed by Major League Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc., The Office of the Commissioner of Baseball. ENDORSEMENT: 1. The pending motion to dismiss is denied without prejudice as moot. 2. The defendants may move to dismiss the amended complaint by Dec. 12, 2013. 3. The Clerk is directed to close docket Nos. 18 and 23., Motions terminated: 18 LETTER MOTION for Conference *to request a pre−motion conference in anticipation of filing a motion to dismiss pursuant to FRCP 12(b)(6)* addressed to Judge John G. Koeltl from Elise M. Bloom dated 10/1/2013. LETTER MOTION for Conference *to request a pre−motion conference in anticipation of filing a motion to dismiss pursuant to FRCP 12(b)(6)* addressed to Judge John G. Koeltl from Elise M. Bloom dated 10/1/2013. filed by Major League Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc., The Office of the Commissioner of Baseball, 23 MOTION to Dismiss. filed by Major League Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc., The Office of the Commissioner of Baseball., ( Motions due by 12/12/2013.) (Signed by Judge John G. Koeltl on 12/4/2013) (lmb) (Entered: 12/04/2013) |
| 12/05/2013 | 33 | JOINT LETTER MOTION for Extension of Time to Amend *Briefing Schedule for Plaintiff's Motion for Court−Authorized Notice and Defendants' Renewed Motion to Dismiss* addressed to Judge John G. Koeltl from Justin M. Swartz dated December 5, 2013. Document filed by John Chen, Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Swartz, Justin) (Entered: 12/05/2013) |
| 12/09/2013 | 34 | ORDER: granting 33 Letter Motion for Extension of Time to Amend. APPLICATION GRANTED. (Signed by Judge John G. Koeltl on 12/9/2013) (djc) (Entered: 12/09/2013) |
| 12/09/2013 | | Set/Reset Deadlines: Motions due by 12/20/2013. Responses due by 1/14/2014. Replies due by 2/4/2014. (djc) (Entered: 12/09/2013) |
| 12/20/2013 | 35 | MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball.(Bloom, Elise) (Entered: 12/20/2013) |
| 12/20/2013 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Bloom, Elise) (Entered: 12/20/2013) |

| | | |
|---|---|---|
| 12/20/2013 | 37 | **FILING ERROR – DUPLICATE DOCKET ENTRY** – DECLARATION of Elise M. Bloom, Esq. in Support re: 35 MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bloom, Elise) Modified on 12/20/2013 (db). (Entered: 12/20/2013) |
| 12/20/2013 | 38 | DECLARATION of Elise M. Bloom, Esq. in Support re: 35 MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Bloom, Elise) (Entered: 12/20/2013) |
| 12/20/2013 | 39 | REPLY MEMORANDUM OF LAW in Support re: 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice*.. Document filed by John Chen. (Swartz, Justin) (Entered: 12/20/2013) |
| 01/14/2014 | 40 | MEMORANDUM OF LAW in Opposition re: 35 MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.. Document filed by John Chen. (Swartz, Justin) (Entered: 01/14/2014) |
| 02/04/2014 | 41 | REPLY MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.. Document filed by Major League Baseball, Major League Baseball Enterprises, Inc., Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball. (Bloom, Elise) (Entered: 02/04/2014) |
| 03/05/2014 | 42 | NOTICE OF ORAL ARGUMENT: You are directed to appear for oral argument on the pending motion( s), to be held on Friday, March 14, 2014 at 2:30 pm, in Courtroom 12B, in front of the Honorable John G. Koeltl. Oral Argument set for 3/14/2014 at 02:30 PM in Courtroom 12B, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (ama) (Entered: 03/05/2014) |
| 03/14/2014 | | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument held on 3/14/2014 re: 35 MOTION to Dismiss, 2 MOTION to Certify Class.(Fletcher, Donnie) (Entered: 04/14/2014) |
| 03/26/2014 | 43 | OPINION AND ORDER 104116 granting 35 MOTION to Dismiss *Notice of Defendants' Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*. MOTION to Dismiss *Notice of Defendants'Renewed 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint* filed by Major League Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc., The Office of the Commissioner of Baseball, denying 2 MOTION to Certify Class *Notice of Motion for Court−Authorized Notice* filed by John Chen. The Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss the FLSA claims is granted. The plaintiffs New York state−law claims are dismissed without prejudice. The plaintiffs motion for collective certification and court−authorized notice is denied as moot. The Clerk is directed to close Docket Nos. 2 and 35, to enter judgment, and to close this case. SO ORDERED. (Signed by Judge John G. Koeltl on 3/25/2014) (ft) Modified on 3/28/2014 (nt). (Entered: 03/26/2014) |
| 03/26/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 43 Memorandum &Opinion to the Judgments and Orders Clerk. (ft) (Entered: 03/26/2014) |

| | | |
|---|---|---|
| 03/27/2014 | 44 | TRANSCRIPT of Proceedings re: ARGUMENT held on 3/14/2014 before Judge John G. Koeltl. Court Reporter/Transcriber: Martha Drevis, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2014. Redacted Transcript Deadline set for 5/1/2014. Release of Transcript Restriction set for 6/30/2014.(Rodriguez, Somari) (Entered: 03/27/2014) |
| 03/27/2014 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 3/14/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 03/27/2014) |
| 03/31/2014 | 46 | JUDGMENT: It is ORDERED, ADJUDGED AND DECREED: that for the reasons stated in the Court's Opinion and Order, dated March 26, 2014, Defendants' motion to dismiss the FLSA claims is granted; plaintiff's New York state–law claims are dismissed without prejudice; and plaintiff's motion for collective certification and court–authorized notice is denied as moot; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/31/2014) (Attachments: # 1 Right to Appeal) (tn) (Entered: 03/31/2014) |
| 04/23/2014 | 47 | NOTICE OF APPEAL from 46 Clerk's Judgment,, 43 Memorandum &Opinion,,,,. Document filed by John Chen. Filing fee $ 505.00, receipt number 0208–9591944. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Swartz, Justin) (Entered: 04/23/2014) |
| 04/23/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 47 Notice of Appeal,. (nd) (Entered: 04/23/2014) |
| 04/23/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 47 Notice of Appeal, filed by John Chen were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/23/2014) |