

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

May 21, 2014

**Via ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Chen v. Major League Baseball, *et al.*
　　　No. 14-1315-cv

Dear Ms. Wolfe:

We are counsel to Defendants-Appellees Major League Baseball Properties, Inc. and The Office of the Commissioner of Baseball ("MLB"). We write in response to Plaintiff-Appellant John Chen's motion to remove the case from the Expedited Appeals Calendar pursuant to Local Rule 31.2(b)(2). As noted in Chen's motion and his accompanying Motion Information Statement, MLB does not oppose Chen's motion. Chen mischaracterizes the issues on appeal, however, which we wish to correct.

In this case, the district court held that FanFest, an event held during All-Star Week, is exempt from the Fair Labor Standards Act ("FLSA") because it is an "amusement or recreational establishment" that "operated only for a handful of days." *See Chen v. MLB*, 13 Civ. 5494, 2014 U.S. Dist. LEXIS 42078, at *29-30 (S.D.N.Y. March 25, 2014). Despite Chen's assertion to the contrary, the issue on appeal is not whether MLB is categorically "exempt" from the FLSA. *See* Chen's motion at ¶ 1.

Moreover, just as Chen is incorrect about the basis on which his complaint was dismissed, his characterization of the appeal as presenting an unsettled question of law also is mistaken. Although Chen states that a conflict exists between the district court's decision below and the Sixth Circuit's decision in *Bridewell v. Cincinnati Reds*, 68 F.3d 136 (6th Cir. 1995), the latter is irrelevant to the issues here because the plaintiff in *Bridewell* was employed at the Reds' stadium, at which activities were conducted during the entire year. Indeed, as the district court ruled, Chen's "reliance on [*Bridewell*] is misplaced." *See Chen*, 2014 U.S. Dist. LEXIS 42078, at *25. Accordingly, this Court is not presented with a split among federal tribunals.

**Proskauer»**

Ms. Catherine O'Hagan Wolfe
May 21, 2014
Page 2

Respectfully submitted,

  /s/ Elise M. Bloom

Elise M. Bloom

cc:    Deepak Gupta, Esq. (via ECF)
        Justin M. Swartz, Esq. (via ECF)