# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand and fourteen.

Before:     Richard C. Wesley,
                 *Circuit Judge.*

_____

John Chen, on behalf of himself and all others similarly situated,
    Plaintiff-Appellant,

    v.

Major League Baseball Properties, Inc., The Office of the Commissioner of Baseball, DBA Major League Baseball,
    Defendants-Appellees,

Major League Baseball, Major League Baseball Enterprises, Inc.,
    Defendants.

_____

**ORDER**
Docket No. 14-1315

Appellant moves for an extension of time until December 19, 2014 to file a reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                         For the Court**:**
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

