

January 8, 2015

*Via Electronic Filing*

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  Filing of Corrected Reply Brief in *Chen v. Major League Baseball* (No. 14-1315)

Dear Ms. Wolfe:

    Appellant John Chen has today filed with the Court a corrected reply brief that includes several minor typographical changes and corrected citations. The tables of contents and authorities have been changed to properly reflect the content of the corrected brief. We will serve the Court with paper copies of the corrected brief.

    Respectfully submitted,

    */s/ Deepak Gupta*
    Deepak Gupta
    *Counsel for the Appellant*

cc:
Elise M. Bloom, Proskauer Rose LLP

Gupta Beck PLLC

1735 20th Street, NW, Washington, DC 20009

P 202 888 1741    F 202 888 7792

guptabeck.com